IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DB HOMES DESIGNS, LLC d/b/a EKB KITCHENS, a Delaware Limited Liability Company,

    Plaintiff,

v.

MATTHEW WILHELM, an individual; LEAH RUSSO, an individual; STEPHANIE HENDRICKS, an individual; and EMMCO KITCHENS INC., a New York Corporation,

    Defendants.

Civil Action No. 7:23-cv-11307-PMH

~~[PROPOSED]~~ **ORDER**

Upon consideration of Plaintiff DB Homes Designs, LLC's Motion to Seal Portions of Exhibits 1 and 2 to Plaintiff's Complaint, it is hereby

**ORDERED** that Plaintiff's motion is **GRANTED**;

**IT IS FURTHER ORDERED** that Exhibit 1 (ECF No. 1-1) and Exhibit 2 (ECF No. 1-2) to Plaintiff's Complaint shall remain filed under seal. And it is further Ordered that Doc. 15 shall remain filed under seal. The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 13.

**SO ORDERED**.

Entered this __3__ day of __January__, 2024.

_____
The Honorable Philip M. Halpern
United States District Judge