UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DB HOME DESIGNS, LLC,

                Plaintiff,

-against-

WILHELM et al.,

                Defendants.

**ORDER**

23-CV-11307 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

On January 30, 2025, the parties filed a joint Proposed Pretrial Order. (Doc. 62). Subsequently, between April 11, 2025 and April 19, 2025, the parties filed additional pretrial materials. (Docs. 66-79, 86-91). On June 5, 2025, the parties are scheduled to appear for an initial pretrial conference. (Doc. 66). Upon review of the foregoing materials, and considering the upcoming conference, the Court directs as follows:

1. On April 11, 2025, the parties represented to the Court that they would file a joint set of jury instructions on April 25, 2025, and that they were unable to reach an agreement on a joint verdict form. (Doc. 79). As of the date of this Order, the parties have failed to provide these documents. Accordingly, the parties shall meet and confer and file, by **May 19, 2025**, proposed <u>joint</u> requests to charge and a <u>joint</u> verdict form.

2. The parties shall file, by **May 19, 2025**, new exhibit lists with the following directives. The exhibit lists shall contain only five (5) column identifiers, as follows: 1) "Exhibit Number/Letter"; 2) "Bates Numbers"; 3) "Description"; 4) "Basis for Admissibility"; and 5) "Objection." Plaintiff's Exhibit List shall utilize numbers in the Number/Letter column, Defendants' Exhibit List shall use letters. The parties shall meet and confer to ensure that there are no duplicate exhibits between their respective exhibit lists. Further, the parties are directed to reconsider their objections and either state the objection succinctly, or state there is none.

3. The parties shall meet and confer and file, by **May 19, 2025**, for the Court's review, a signed proposed Order and Joint Stipulation of Facts, to replace Exhibit A of the joint Proposed Pretrial Order. (Doc. 62-1).

4. All of the revised pretrial materials must be filed via ECF and simultaneously e-mailed to Chambers e-mail by **May 19, 2025**.

SO ORDERED:

Dated: White Plains, New York
       May 2, 2025

                                                              Hon. Philip M. Halpern
                                                              United States District Judge