UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DB HOME DESIGNS, LLC,

                              Plaintiff,

                -against-

WILHELM et al.,

                              Defendants.

**ORDER**

23-CV-11307 (PMH)

PHILIP M. HALPERN, United States District Judge:

On May 29, 2023, Plaintiff DB Home Designs, LLC initiated this action by filing its Complaint. (Doc. 1, "Compl."). On February 28, 2024, defendants Matthew Wilhelm, Leah Russo, and Emmco Kitchens, Inc. (together, "Emmco Defendants") filed their Answer (Doc. 28), and on February 29, 2024, defendant Stephanie Hendricks ("Hendricks") filed her Answer (Doc. 29). On May 19, 2025, the parties supplemented their pretrial materials (*see* Doc. 95), as directed by the Court's May 5, 2025 Order (Doc. 92). To date, and since the filing of the parties' respective pleadings, the Court has not received courtesy copies of any marked pleadings, as required under Rule 3.B of this Court's Individual Practices. Accordingly, considering the upcoming conference, the Court directs each party, by **May 30, 2025 at 12:00 p.m.**, to file a copy of that party's marked pleading via ECF and simultaneously provide courtesy copies to Chambers e-mail.

SO ORDERED:

Dated: White Plains, New York
        May 28, 2025

_____
Hon. Philip M. Halpern
United States District Judge