

# CATANIA, MAHON & RIDER, PLLC
## ATTORNEYS AT LAW

JOSEPH A. CATANIA JR.*
RICHARD M. MAHON
MICHELLE F. RIDER, CPA
PAUL S. ERNENWEIN
JOSEPH G. McKAY
MICHAEL E. CATANIA ( NJ )
SEAMUS P. WEIR
ARI I. BAUER
JOHN W. FURST

HOBART J. SIMPSON ( 1975-2016 )

641 BROADWAY
NEWBURGH, NEW YORK 12550
TEL (845) 565-1100
FAX (845) 565-1999
TOLL FREE 1-800-344-5655

E-MAIL:  CMR@CMRLAW.COM
(FAX AND E-MAIL SERVICE NOT ACCEPTED)
WWW.CMRLAW.COM

( ALSO ADMITTED IN )
* Of Counsel
** Special Counsel

JEFFREY S. SCULLEY * *
NICHOLAS C. LOZITO
JONATHAN J. DeJOY
DAVID E. DECKER
JUSTIN W. VAN HOUTEN
JAMES S. ARRABITO ( NJ )
CHRISTOPHER J. WHITTON * *
ADAM J. THOMAS
THOMAS J. CUMMINGS
MEAGHAN R. McKAY
MARY J. TAMBURRI ( NJ )
WADE RIACHI

**Writer's Direct No.**
**(845) 569-4322**

**Writer's E-Mail**
**sweir@cmrlaw.com**

June 11, 2025

***Via NYSD ECF***
Magistrate Judge Victoria Reznik
United States District Court
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

Request to adjourn is GRANTED.
Settlement conference is adjourned
to **June 24, 2025 at 2:30 pm**

SO ORDERED.
Hon. Victoria Reznik, U.S.M.J.

June 12, 0205

     RE:    DB Homes Designs, LLC v. Wilhelm, et al.
             Case No. 7:23-cv-11307-PMH
             Our File No.:  15362-68034

Dear Judge Reznik:

This office represents defendants Matthew Wilhelm, Leah Russo, and Emmco Kitchens Inc. (the "Emmco Defendants") in the above-referenced matter and writes pursuant to the Court's Individual Practices, in anticipation of the settlement conference to be held on June 16, 2025 at 2:30 PM.

I write, on consent of all parties, to request an adjournment of the settlement conference as both myself and my colleague, Thomas Cummings, will be out of the office that day for a previously planned event. We are the only attorneys from my office to have worked on this matter and have been the only points of contact for our clients. There have been no prior requests for an adjournment. If it is acceptable to Your Honor, all parties are available on June 24, 25 or 27.

**CATANIA, MAHON & RIDER, PLLC**

June 11, 2025
Page 2

Respectfully Submitted,

SEAMUS P. WEIR

SPW/jrb/2630053
cc:     All parties via NYSD ECF

*Pursuant to IRS Regulations, any tax advice contained in this communication or attachments is not intended to be used and cannot be used for purposes of avoiding penalties imposed by the Internal Revenue Code or promoting, marketing or recommending to another person any tax related matter.*