IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DB HOMES DESIGNS, LLC d/b/a EKB KITCHENS, a Delaware Limited Liability Company,<br><br>        Plaintiff,<br><br>  v.<br><br>MATTHEW WILHELM, an individual; LEAH RUSSO, an individual; STEPHANIE HENDRICKS, an individual; and EMMCO KITCHENS INC., a New York Corporation,<br><br>        Defendants. | Civil Action No. 7:23-cv-11307-PMH<br><br>[~~PROPOSED~~] ORDER DISMISSING CERTAIN OF PLAINTIFF'S CLAIMS UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2) *PMH* |

**IT IS HEREBY ORDERED**, pursuant to Federal Rule of Civil Procedure 41(a)(2), and upon plaintiff DB Home Designs, LLC's ("Plaintiff") request, that:

- Plaintiff's fourth claim for Breach of Contract – APA is dismissed as to defendant Matthew Wilhelm in his individual capacity only,[1] without prejudice, with each party to bear its own attorneys' fees and costs;

- Plaintiff's ninth claim for New York Unfair and Deceptive Trade Practice is dismissed as to all defendants, without prejudice, with each party to bear its own attorney's fees and costs.

Entered this __17__ day of __June__, 2025.
     White Plains, New York

                   */s/ Philip M. Halpern*
                   The Honorable Philip M. Halpern
                   United States District Judge

---

[1] Plaintiff's fourth claim for Breach of Contract – APA against defendant Emmco Kitchens Inc. remains.