UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
DB HOME DESIGNS, LLC d/b/a EKB KITCHENS,

                      Plaintiff,

v.

MATTHEW WILHELM, et al.,

                      Defendants.
---------------------------------------------------------X

ORDER

23-cv-11307-PMH

PHILIP M. HALPERN, United States District Judge:

The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated: White Plains, New York
        July 7, 2025

                                                  _____
                                                  Hon. Philip M. Halpern
                                                  United States District Judge